**Haywood WILLIAMS, Jr., Appellant,**

v.

**UNITED STATES of America; Honorable Judge J. Calvitt Clarke, Jr.; Honorable Judge Richard B. Kellam; Honorable Judge John MacKenzie, Appellees.**

**No. 84-6614.**

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 1985.

Decided Aug. 5, 1985.

Haywood Williams, Jr., pro se.

Michael A. Rhine, Asst. U.S. Atty., Norfolk, Va., for appellees.

Before SPROUSE, ERVIN and CHAPMAN, Circuit Judges.

PER CURIAM:

A review of the record and the district court's opinion discloses that an appeal

from its order refusing habeas corpus relief pursuant to 28 U.S.C. § 2241 would be without merit. Because the dispositive issues recently have been decided authoritatively, we dispense with oral argument and affirm the judgment below on the reasoning of the district court. *Williams v. United States,* C/A No. 84-560-N (E.D.Va., Sept. 19, 1984).

AFFIRMED.